ORDER UNSEALING INDICTMENT

Case Number: 07-4026-01-06-CR-C-SOW

A defendant having been arrested, it is ordered that this indictment be unsealed, and then processed in accordance with established procedure and law.

William A. Knox
U.S. Magistrate Judge

6/13/07
Date